UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,

                            Plaintiff,

            - against -

MERCY ARHIN, et al.,

                           Defendants.
------------------------------------------------------------X

**ORDER**

CV 06-6519 (NGG) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      Plaintiff J&J Sports Productions, Inc. ("J&J"), has applied for an order extending its time to serve process on the defendants. Docket Entry ("DE") 6. The application does not explain why such relief is necessary. Moreover, the fact that J&J seeks such relief calls into question the veracity of the two affidavits it previously submitted that purported to attest to the service of process on the individual defendant and the corporate defendant, respectively. *See* DE 3; DE 4. I will conduct an evidentiary hearing on the matter on April 20, 2007, at 11:30 a.m. Counsel for J&J shall produce the affiant who has previously sworn to having served the defendants, and shall be prepared to explain the current state of the record and its need for relief.

      **SO ORDERED.**

Dated: Brooklyn, New York
       April 9, 2007

                                                     /s/ James Orenstein
                                                     JAMES ORENSTEIN
                                                     U.S. Magistrate Judge